UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTONE B. SEMEDO, ) | CV F- 03-5169 OWW DLB P |
|    Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
|   v. ) | |
| CARLOS GALVAN, et al., ) | |
|    Defendants. ) | |

  Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On December 15, 2003, the District Court adopted the magistrate judge's recommendation that this case proceed only as to defendants Galvan and Cervantes on the Eighth Amendment claim of excessive force. Accordingly, IT IS HEREBY ORDERED that:

  1.  Service is appropriate for defendants Galvan and Cervantes.

  2.  The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed October 6, 2003.

  3.  Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

1  Court with the following documents:

2  a. Completed summons;

3  b. One completed USM-285 form for each defendant listed above; and

4  c. Three (3) copies of the endorsed amended complaint filed October 6, 2003.

5  4. Plaintiff need not attempt service on Defendants and need not request waiver of
6  service.  Upon receipt of the above-described documents, the court will direct the
7  United States Marshal to serve the above-named Defendants pursuant to Federal Rule
8  of Civil Procedure 4 without payment of costs.

9  5. <u>The failure to comply with this Order will result in a Recommendation that this action
10 be dismissed.</u>

11  IT IS SO ORDERED.

12  **Dated:   March 9, 2006**              _____/s/ Dennis L. Beck_____
    3c0hj8                                  UNITED STATES MAGISTRATE JUDGE