1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8
9
10

| | | |
|---|---|---|
| CLIFTONE B. SEMEDO, | ) | CV F- 03-5169 OWW DLB P |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| v. | ) | REQUEST FOR A COPY OF THE |
| | ) | LOCAL RULES FOR THE EASTERN |
| CARLOS GALVAN, et al., | ) | DISTRICT OF CALIFORNIA |
| | ) | |
| Defendants. | ) | |
| | ) | |

11
12
13
14
15
16
17

18      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

19  pursuant to 42 U.S.C. section 1983.  On April 28, 2006, plaintiff filed a request for a copy of the

20  Local Rules for the Eastern District of California.  Plaintiff's request is GRANTED.  The Clerk of

21  the Court is directed to send plaintiff a copy of the Local Rules of this Court.

22      IT IS SO ORDERED.

23      **Dated:    May 5, 2006**              **/s/ Dennis L. Beck**
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

U.S. District Court
E. D. California

1