IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CLIFTONE B. SEMEDO,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**CARLOS GALVAN, et al,**<br><br>                              Defendants. | CV-1:03-cv-5169-OWW-DLB-P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY** |

     Good cause appearing, Defendants Galvan and Cervantes are granted a 30 day extension to respond to Plaintiff's First Request for Production. Defendants' Responses to Plaintiff's First Request for Production shall be due on or before November 3, 2006.

     IT IS SO ORDERED.

     Dated:   September 28, 2006                    /s/ Dennis L. Beck
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE