IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CLIFTONE B. SEMEDO,** | 1:03-cv-5169 LJO DLB (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **CARLOS GALVAN, et al.,** | |
| Defendants. | |

On July 23, 2007, Defendants requested an extension of time to respond to Plaintiff's discovery requests. **FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time, up to and including August 10, 2007, in which to serve Plaintiff with responses to Plaintiff's first set of interrogatories and requests for admissions, and second set of requests for production of documents.

IT IS SO ORDERED.

Dated:  **July 27, 2007**            /s/ **Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE