UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTONE B. SEMEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS GALVAN, et al.,<br><br>　　　　　Defendants. | CV F- 03-5169 LJO DLB P<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST FOR EMERGENCY TRANSFER<br>[Doc. 58] |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On August 24, 2007, plaintiff filed a request for an emergency transfer to federal custody.  Defendants are HEREBY ordered to respond to plaintiff's request within 10 days of this Order.

　　　　IT IS SO ORDERED.

　　　　Dated:    August 31, 2007 　　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE