IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTONE B. SEMEDO,  <br><br>　　　　Plaintiff,  <br><br>　　vs.  <br><br>CARLOS GALVAN, et al.,  <br><br>　　　　Defendants.  <br>_____/ | 1:03-cv-05169 LJO DLB (PC)  <br><br>ORDER GRANTING MOTION TO EXTEND TIME  <br><br>(DOCUMENT #59)  <br><br>THIRTY DAY DEADLINE |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 30, 2007, plaintiff filed a motion to extend time to provide defendants with responses to the requests for admissions and requests for production of documents, pursuant to the court's order of May 31, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to provide said responses to defendants.

　　　IT IS SO ORDERED.

　　　**Dated:　September 24, 2007**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE