# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTONE SEMEDO,<br><br>           Plaintiff,<br><br>   v.<br><br>C. GALVAN, et al.,<br><br>           Defendants.<br><br>_____/ | CASE NO. 1:03-cv-05169-LJO-DLB PC<br><br>**AMENDED SECOND SCHEDULING ORDER**<br><br><u>Telephonic Trial Confirmation<br>Hearing:</u>   January 11, 2008, at 11:00 a.m. in Courtroom 9 (DLB)<br><br><u>Jury Trial:</u>   March 24, 2008, at 9:00 a.m. in Courtroom 4 (LJO) |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, against defendants Galvan and Cervantes for allegedly using excessive force on June 8, 2001, in violation of the Eighth Amendment. On October 25, 2007, the Court issued its Second Scheduling Order setting this matter for jury trial on February 26, 2008 at 9:00 a.m. in Courtroom 4. Due to the Court's schedule, the jury trial must be moved to March 24, 2008.

      Accordingly, the Second Scheduling Order is HEREBY AMENDED as follows: This matter is set for jury trial before the Honorable Lawrence J. O'Neill on **March 24, 2008, at 9:00 a.m.** in

Courtroom 4.

IT IS SO ORDERED.

Dated:   **November 20, 2007**                        **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE