# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTONE SEMEDO, | CASE NO. 1:03-cv-05169-LJO-DLB PC |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE DISMISSAL OF THIS ACTION** |
| C. GALVAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 25, 2007, the Court issued its Second Scheduling Order setting this matter for a telephonic trial confirmation hearing on January 11, 2008.  Plaintiff was also ordered to file a pretrial statement on or before December 11, 2007.

Plaintiff has failed to file a pretrial statement.  In addition, counsel for defendants was ordered to arrange for plaintiff's participation in the January 11, 2008 telephonic trial confirmation. Counsel for defendant represents that on January 10, 2008, he contacted the litigation coordinator at Kern Valley State prison (the institution where plaintiff was housed) to confirm plaintiff's

1 participation in the January 11, 2008 telephonic trial confirmation.  The litigation coordinator
2 informed counsel that plaintiff paroled to Region Three on November 16, 2007.
3    Plaintiff has not filed a change of address and plaintiff did not attend the trial confirmation
4 hearing on January 11, 2008.
5    Accordingly, the Court has vacated the March 24, 2008 trial date and within 30 days of this
6 order, plaintiff is ordered to show cause in writing, why this case should not be dismissed.  Failure
7 to respond to this order will result in dismissal of this case.
8    IT IS SO ORDERED.
9    Dated:   **February 26, 2008**                              **/s/ Dennis L. Beck**
                                                                 UNITED STATES MAGISTRATE JUDGE